IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br><br>Plaintiffs,<br>v.<br><br>LG ENERGY SOLUTION, LTD.,<br><br>Defendant. | Case No. 2:24-cv-00107<br><br>**JURY TRIAL DEMANDED** |

**JURY DEMAND**

Plaintiffs hereby request a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Date: February 16, 2024

Respectfully submitted,

*/s/ Andres C. Healy*
Andres C. Healy
Washington State Bar No. 45578
ahealy@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3843
Facsimile: (206) 516-3883

Lexie G. White
Texas State Bar No. 24048876
lwhite@susmangodfrey.com
Ryan Caughey
Texas State Bar No. 24080827
rcaughey@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366

Facsimile: (713) 654-6666

Samir Doshi (*pro hac vice forthcoming*)
New York Bar No. 5689963
sdoshi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: 212-336-8330

*Attorneys for MRD and BDS*