IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br><br>Plaintiffs,<br>v.<br><br>LG ENERGY SOLUTION, LTD,<br><br>Defendant. | Case No. 2:24-cv-00107<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1, Plaintiffs Molecular Rebar Design, LLC ("MRD") and Black Diamond Structures, LLC ("BDS"), by and through their counsel, hereby certify that MRD has no parent and that no publicly held corporation holds 10% or more of its stock. MRD and BDS, by and through their counsel, further certify that BDS is owned 49.9% by MRD and 50.1% by BlakTek, LLC, and that BlakTek LLC is wholly owned by MRD.

Date: February 16, 2024

Respectfully submitted,

*/s/ Andres C. Healy*
Andres C. Healy
Washington State Bar No. 45578
ahealy@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3843
Facsimile: (206) 516-3883

Lexie G. White
Texas State Bar No. 24048876
lwhite@susmangodfrey.com

Ryan Caughey
Texas State Bar No. 24080827
rcaughey@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Samir Doshi (*pro hac vice forthcoming*)
New York Bar No. 5689963
sdoshi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: 212-336-8330

*Attorneys for MRD and BDS*