UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br><br>Plaintiffs,<br>v.<br>LG ENERGY SOLUTION, LTD.,<br>Defendant. | Case No. 2:24-cv-00107-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>(Lead Case) |
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br><br>Plaintiffs,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, AND SAMSUNG ELECTRONICS AMERICA, INC.<br>Defendants. | Case No. 2:24-cv-00108-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>(Member Case) |

**JOINT NOTICE REGARDING SAMSUNG'S PETITIONS FOR *INTER PARTES* REVIEW AND MOTIONS FOR JOINDER**

On February 5, 2025, this Court stayed the above-captioned actions "pending the issuance of the last final written decision from the" Patent Trial and Appeal Board in the following IPR proceedings, or until further order of this Court, whichever occurred first: IPR2024-01005, IPR2024-01006, IPR2024-01011, IPR2024-01012, IPR2024-01013, IPR2025-00355; IPR2025-00356; IPR2025-00357; IPR2025-00358; and IPR2025-00359. Dkt. 86 at 2. The Court further ordered that, "pursuant to this Court's May 28, 2015 Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, the Parties shall file a joint notice with the Court within three (3) days of the PTAB's decisions on Samsung's five IPR petitions and Samsung's five motions to join LG's IPRs." *Id.*

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") as well as Plaintiffs Molecular Rebar Design, LLC and Black Diamond Structures, LLC, hereby jointly inform the Court that, on July 17, 2025, the PTAB instituted trial in each of Samsung's IPR petitions and granted Samsung's motions to join each of the IPR proceedings that were instituted on petitions filed by LG Energy Solution, Ltd. ("LGES"), the other defendant in the above-captioned cases.[1]

The parties are available to provide the Court with any further information it requests.

Dated: July 21, 2025

Respectfully submitted,

*/s/ Samir Doshi*

Samir Doshi
New York Bar No. 5689963
sdoshi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: 212-336-8330

Andres C. Healy
Washington State Bar No. 45578
ahealy@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3843
Facsimile: (206) 516-3883

Lexie G. White

[1] By way of background, in June 2024, LGES filed IPR petitions challenging all Asserted Claims for all Asserted Patents in this case. *See* Dkts. 47-1 through 47-5; *see also* IPR2024-01006; IPR2024-01011; IPR2024-01013; IPR2024-01005; IPR2024-01012. On December 16, 2024, the PTAB instituted LGES's IPRs for all challenged claims. *See* Dkts. 82-01 through 82-05. On December 23, 2024, Samsung filed IPR petitions that are substantially identical to LGES's IPR petitions for the five Asserted Patents. *See* Dkts. 82-06 through 82-10; *see also* IPR2025-00356; IPR2025-00357; IPR2025-00359; IPR2025-00355; IPR2025-00358. Samsung also filed motions to join each of the LGES IPRs. *See* Dkts. 82-11 through 82-15.

Texas State Bar No. 24048876
lwhite@susmangodfrey.com
Ryan Caughey
Texas State Bar No. 24080827
rcaughey@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (phone)
(903) 757-2323 (facsimile)
claire@millerfairhenry.com
www.millerfairhenry.com

*Attorneys for Plaintiffs MRD and BDS*

*/s/ Kathryn E. Albanese*

Richard Edlin
New York Bar No. 2051696
Email: edlinr@gtlaw.com
Thomas D. Pease
New York Bar No. 2671741
Email: thomas.pease@gtlaw.com
Julie P. Bookbinder
New York Bar No. 4375259
Email: bookbinderj@gtlaw.com
Jeffrey R. Colin
New York Bar No. 4758272
Email: colinj@gtlaw.com
Wen Xue (*pro hac vice*)
New York Bar No. 5598008
Email: xuew@gtlaw.com
Kathryn E. Albanese
New York Bar No. 5748033
Email: katie.albanese@gtlaw.com
GREENBERG TRAURIG LLP
One Vanderbilt Avenue

New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Andrew R. Sommer
Virginia Bar No. 70304
Email: sommera@gtlaw.com
GREENBERG TRAURIG LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301

Melissa R. Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 21, 2025.

*/s/ Samir Doshi*