**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br>*Plaintiffs*,<br>v.<br>LG ENERGY SOLUTION, LTD.,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00107-JRG<br>(LEAD CASE) |
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br>*Plaintiffs*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00108-JRG<br>(MEMBER CASE) |

**ORDER**

The Court issues this Order *sua sponte*. Having reviewed the parties' Joint Notice Regarding Final Written Decisions in *Inter Partes* Review Proceedings (Dkt. No. 90), the Court is of the opinion that it would benefit from reviewing a jointly proposed amended docket control order detailing the parties' differing positions with respect to various matters including the pretrial deadlines and the trial date. Accordingly, the Court **ORDERS** the parties to submit the same on or before **January 5, 2026**.

**So ORDERED and SIGNED this 19th day of December, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE