**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br><br>Plaintiffs,<br>v.<br><br>LG ENERGY SOLUTION, LTD.,<br><br>Defendant. | Case No. 2:24-cv-00107-JRG<br>**JURY TRIAL DEMANDED**<br>(Lead Case) |
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br><br>Plaintiffs,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:24-cv-00108-JRG<br>**JURY TRIAL DEMANDED**<br>(Member Case) |

**JOINT NOTICE REGARDING MEDIATON**

Pursuant to the Court's Docket Control Order (Dkt. No. 135), Plaintiff Molecular Rebar Design, LLC and Black Diamond Structures, LLC ("Plaintiffs"), and Defendants Samsung Electronics Co., Ltd, and Samsung Electronics America, Inc. (collectively, "the Parties") hereby provide notice that counsel have met and conferred and have agreed to mediate this matter with David Folsom. The Parties have not yet scheduled a mediation date but respectfully submit that they will inform the Court once the mediation has been scheduled following further discussion with their respective clients.

Date: September 15, 2026

Respectfully submitted,

*/s/ Andres C. Healy*
Andres C. Healy
Washington State Bar No. 45578
ahealy@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 505-3843
Facsimile: (206) 516-3883

Lexie G. White
Texas State Bar No. 24048876
lwhite@susmangodfrey.com
Ryan Caughey
Texas State Bar No. 24080827
rcaughey@susmangodfrey.com
Corey Lipschutz
Texas State Bar No. 24099303
clipschutz@susmangodfrey.com
Armando Lozano
Texas State Bar No. 24120467
ALozano@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Samir Doshi (*pro hac vice*)
New York Bar No. 5689963
sdoshi@susmangodfrey.com
Henry Walter
New York Bar No. 6060610
hwalter@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001-8602
Telephone: 212-336-8330

Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@millerfairhenry.com

*/s/ Andrew R. Sommer*
Richard Edlin
New York Bar No. 2051696
Email: edlinr@gtlaw.com
Thomas D. Pease
New York Bar No. 2671741
Email: thomas.pease@gtlaw.com
Julie P. Bookbinder
New York Bar No. 4375259
Email: bookbinderj@gtlaw.com
Jeffrey R. Colin
New York Bar No. 4758272
Email: colinj@gtlaw.com
Elana B. Araj
New York Bar No. 5280565
Email: elana.araj@gtlaw.com
Kathryn E. Albanese
New York Bar No. 5748033
Email: katie.albanese@gtlaw.com
Omar Nesheiwat
New York Bar No. 6105340
Email: omar.nesheiwat@gtlaw.com
GREENBERG TRAURIG LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Andrew R. Sommer
Virginia Bar No. 70304
Email: sommera@gtlaw.com
GREENBERG TRAURIG LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301

Melissa R. Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S Washington Avenue

Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiffs, MRD and BDS*

Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 15, 2026.

*/s/ Andres C. Healy*
Andres C. Healy