**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br>*Plaintiffs*,<br>v.<br>LG ENERGY SOLUTION, LTD.,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00107-JRG<br>(LEAD CASE) |
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br>*Plaintiffs*,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00108-JRG<br>(MEMBER CASE) |

**ORDER**

Before the Court is the Joint Motion for Leave to Take Depositions Out of Time (the "Motion"). (Dkt. No. 187). In the Motion, the parties request leave to conduct the depositions of Dr. Judd Ready, Dr. Vicki Colvin, Larry Tedesco, Sarah Butler, and a representative of Covalent Metrology during the weeks of October 25, 2026, and November 1, 2026. (*Id.* at 2). Such depositions would fall outside of the October 27, 2026, deadline for expert discovery. (Dkt. No. 135). However, the parties state that the requested extensions can be accommodated without any change to other deadlines in the case. (Dkt. No. 187 at 2).

Having considered the Motion, and noting that it is jointly filed, the Court finds that it should be and hereby is **GRANTED**.

**So Ordered this**

**Oct 27, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE