IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br><br>Plaintiffs,<br>v.<br><br>LG ENERGY SOLUTION, LTD.,<br><br>Defendant. | Case No. 2:24-CV-00107-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| MOLECULAR REBAR DESIGN, LLC, AND BLACK DIAMOND STRUCTURES, LLC,<br><br>Plaintiffs,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, AND SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Case No. 2:24-CV-00108-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

# ORDER

Before the Court is Defendants' Motion for Leave To Submit New Evidence Regarding Their Objections to the Claim Construction Order Regarding Oxidation (Dkt. 178).

Having considered the motion, the motion is hereby GRANTED.

IT IS SO ORDERED.